## No. 164.

### THE STATE OF LOUISIANA VS. JAMES REDWINE.

Evidence taken in support of a motion for a new trial, in criminal cases, will not be considered on appeal unless it be incorporated in or attached to a bill of exceptions taken from the refusal of a new trial by the judge *a quo*.

APPEAL from the First District Court, Parish of Caddo.
*Hicks, J.*

*M. S. Crain*, District Attorney, for the State, Appellee.

*S. P. Watts* for Defendant and Appellant.

The opinion of the Court was delivered by

POCHÉ, J. The complaint of the defendant is that one of the jurors who tried his case was a felon and an ex-convict, on which ground he had moved for a new trial.

His counsel has omitted to incorporate the evidence offered in support of his complaint in his bill of exceptions, and under our jurisprudence we cannot consider the same.

The rule is now well established that evidence in criminal cases taken in support of any plea or special defense will not be considered by this Court, unless incorporated in a bill of exceptions. The practical result of defendant's omission in the premises is that we have no evidence of the alleged disqualification of the juror of whom he complains. State vs. Ewen, 32 Ann. 782; State vs. Nelson, 32 Ann. 842; State vs. Miller, 36 Ann. 158. Under this showing we have no power to entertain his point, and hence the defendant can obtain no relief at our hands.

Judgment affirmed.